UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
KURELL BROWN, *on behalf of himself and similarly situated individuals*,

                  Plaintiff,

        -against-

DCD CONSTRUCTION, LLC, et al.,

                  Defendants.
------------------------------------------------------------x

19-CV-4892 (JPO) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Post-Discovery Status Conference in this matter on **February 5, 2020 at 11:00 a.m.** in Courtroom 20D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. Pursuant to the Court's Individual Practices § II.e, the parties shall file a joint proposed agenda by **January 31, 2020**. If the parties believe a settlement conference would be productive, they shall meet and confer and notify the Court as soon as practicable.

**SO ORDERED.**

Dated: January 2, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge