**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

KURELL BROWN, *on behalf of himself and*
*similarly situated individuals,*

                      Plaintiff,

               -against-

DCD CONSTRUCTION, LLC, et al.,

                   Defendants.

-------------------------------------------------------------x

19-CV-4892 (LL) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on February 5, 2020. As discussed at the conference, the fact discovery deadline is extended to **March 30, 2020**.

The Court will hold a Pre-Settlement Telephone Call on **Wednesday, March 25, 2020 at 10:30 a.m.** The Court will hold an in-person Settlement Conference on **Wednesday, April 22, 2020 at 10:00 a.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. Counsel shall review and comply with the Court's Individual Practices § VII upon receipt of this Scheduling Order. The Ex Parte Settlement Conference Summary Forms and Letters shall be emailed to Chambers by **April 15, 2020**.

      **SO ORDERED.**

                                    *s/ Ona T. Wang*

Dated: February 5, 2020                          **Ona T. Wang**
      New York, New York              United States Magistrate Judge