USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                    :

KURELL BROWN, *on behalf of himself and similarly*  :
*situated individuals*,                                                 :

                                Plaintiffs,      :       19-cv-4892 (LJL)

        -v-                               :      <u>ORDER</u>

DCD CONSTRUCTION LLC,                   :

                        Defendants.  :
                                                                                  X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the status conference previously set for May 26, 2020 and the deadlines for submission of pre-summary judgment motion letters are CANCELLED.

      SO ORDERED.

Dated: April 22, 2020
       New York, New York                              LEWIS J. LIMAN
                                                          United States District Judge