**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

KURELL BROWN, *on behalf of himself and similarly situated individuals*,

        Plaintiff,

        -against-

DCD CONSTRUCTION, LLC, et al.,

        Defendants.

-----------------------------------------------------------x

19-CV-4892 (LL) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff is directed to submit a status letter on **June 11, 2020**. Plaintiff is further directed to submit an affirmation of service along with the June 11, 2020 letter that shows service of the letter on all Defendants.

Plaintiff is directed to mail a copy of this Order on all Defendants and file proof of service within seven days of this Order.

**SO ORDERED.**

Dated: June 4, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge