**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

KURELL BROWN, *on behalf of himself and similarly situated individuals,*

       Plaintiff,

       -against-

DCD CONSTRUCTION, LLC, et al.,

       Defendants.

-----------------------------------------------------------x

19-CV-4892 (LJL) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff is directed to submit a status letter on **June 30, 2020**.

Plaintiff is directed to mail a copy of this Order on all Defendants and file proof of service within seven days of this Order.

    **SO ORDERED.**

          *s/ Ona T. Wang*

Dated: June 9, 2020             **Ona T. Wang**
     New York, New York      United States Magistrate Judge