UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

KURELL BROWN, *on behalf of himself and similarly situated individuals*,

       Plaintiff,

       -against-

DCD CONSTRUCTION, LLC, et al.,

       Defendants.

-----------------------------------------------------------x

19-CV-4892 (LL) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The April 15, 2021 post-discovery status conference was adjourned to April 20, 2021 at 2:30 pm. (ECF 80). The Court **hereby adjourns the April 20, 2021 post-discovery status conference to April 27, 2021 at 2:00pm**. Dial-in (866) 390-1828, access code 1582687. The parties shall submit the April 19, 2021 joint status letter as previously directed. *See* ECF 80. The letter shall also include a proposed inquest briefing schedule for damages against Defendant DCD Construction.

Plaintiff is directed to serve a copy of this Order on Defendants by email and file proof of service.

The Clerk of Court is directed to mail a copy of this letter to the *pro se* Defendants.

**SO ORDERED.**

                                                    *s/ Ona T. Wang*
Dated: April 15, 2021                                    **Ona T. Wang**
      New York, New York                  United States Magistrate Judge