**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

KURELL BROWN, *on behalf of himself and similarly situated individuals*,

        Plaintiff,

-against-

DCD CONSTRUCTION, LLC, et al.,

        Defendants.

-------------------------------------------------------------x

19-CV-4892 (LL) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' April 19, 2021 status letter. (ECF 83). The parties shall complete discovery, including depositions, by **June 15, 2021**. The April 27, 2021 post discovery status conference is hereby adjourned to **June 22, 2021 at 2:30 pm**. Dial-in (866) 390-1828, access code 1582687. Joint status letter due by **June 15, 2021**.[1]

Plaintiff is directed to serve a copy of this Order on Defendant Portaev by email and mail and file proof of service. Plaintiff is further directed to email a copy of this Order to the remaining Defendants and file proof of service.

---

[1] If the Court ultimately enters a default judgment against Defendant Portaev, Plaintiff shall jointly submit inquest papers against Defendants DCD Construction LLC and Portaev. *See* ECF 85. Accordingly, at this time, the Court declines to enter in an inquest briefing schedule against Defendant DCD. *See* ECF 84.

The Clerk of Court is directed to mail a copy of this letter to the *pro se* Defendants.

**SO ORDERED.**

Dated: April 23, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge