```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

KURELL BROWN, *on behalf of himself and similarly situated individuals*,

        Plaintiff,

    -against-

DCD CONSTRUCTION, LLC, et al.,

        Defendants.

```
------------------------------------------------------------x
```

19-CV-4892 (LL) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff and Defendants Karpov and Makarin appeared for a status conference on June 24, 2021.

If Defendants would like to move for the appointment of limited *pro bono* counsel for mediation, they shall file a letter with the Court by **July 15, 2021**. Filings by a *pro se* party shall be sent to the Pro Se Intake Unit by email (Temporary_Pro_Se_Filing@nysd.uscourts.gov), regular mail, or in-person delivery at the drop box at the Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007). Filing instructions are available at https://nysd.uscourts.gov/forms/instructions-filing-documents-email and https://www.nysd.uscourts.gov/prose.

Plaintiff is directed to order a copy of the transcript, serve it on Defendants, and file proof of service. Plaintiff is further directed to serve a copy of this Order on Defendants, and file proof of service.

**SO ORDERED.**

Dated: June 24, 2021
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge