UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KURELL BROWN, ET AL.,<br><br>                           Plaintiff(s),<br><br>        -against-<br><br>DCD CONSTRUCTION, LLC, ET AL.,<br><br>                           Defendants. | 19 CV 4892 (LJL) (OTW)<br><br>ORDER REQUESTING PRO BONO COUNSEL |

**ONA T. WANG, United States Magistrate Judge:**

**IT IS ORDERED** that the Clerk of Court shall attempt to locate pro bono counsel to represent the individual defendants, Evgeny Makarin, Aleksei Karpov, and Denis Portaev, at the mediation. Pro bono counsel will contact the defendants directly. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent the defendants solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

**IT IS FURTHER ORDERED** that any objection by the defendants or the plaintiff to the Court's request for pro bono counsel to represent the defendants in the mediation must be filed within 14 days of this order.

Dated:   July 21, 2021
             New York, New York

                                                                             /s/ *Ona T. Wang*
                                                                             ONA T. WANG
                                                                             United States Magistrate Judge