UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

KURELL BROWN, *on behalf of himself and similarly situated individuals*,

        Plaintiff,

        -against-

DCD CONSTRUCTION, LLC, et al.,

        Defendants.

-----------------------------------------------------------x

19-CV-4892 (LJL) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of pro bono counsel appearance for Defendants Aleksei Karpov and Evgeny Makarin, for the limited purpose of mediation. (ECF 102). The parties are directed to update the Court on the status of mediation on February 28, 2022, via joint status letter.

**SO ORDERED.**

Dated: February 4, 2022
New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge