USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
KURELL BROWN, *on behalf of himself and similarly* :
*situated individuals*, :
:
:
Plaintiffs, : 19-cv-4892 (LJL)
:
-v- : ORDER
:
DCD CONSTRUCTION LLC *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    For the reasons stated on the record at the fairness hearing held on November 30, 2022, the Court approved the settlement and award of attorneys' fees. *See* Minute Entry, November 30, 2022. The Clerk of Court is respectfully directed to close this case and terminate all pending motions.

    SO ORDERED.

Dated: March 30, 2023
       New York, New York

                                          LEWIS J. LIMAN
                                    United States District Judge